THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 

PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Andrew Ware, Appellant.
 
 
 

Appeal From York County
 John C. Hayes, III, Circuit Court Judge
Unpublished Opinion No. 2007-UP-314
Submitted May 1, 2007  Filed June 12, 2007    

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Eleanor Duffy Cleary, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Kevin Scott Brackett, of York, for Respondent(s).
 
 
 

PER CURIAM:  Andrew Ware appeals his conviction for armed robbery, entering a bank with intent to steal, and possession of a firearm during the commission of a violent crime.  Ware contends the trial court erred in refusing to suppress the testimony of the owner of the car he was driving and evidence of a photo line up as being tainted from an illegal traffic stop.  Pursuant to Anders v. California, 386 U.S. 738 (1967), Wares counsel attached a petition to be relieved, stating she reviewed the record and concluded this appeal lacks merit.  Additionally, Ware filed a pro se response brief, reiterating counsels argument and further contending that the trial court erred by denying his motion for a directed verdict on the weapon charges and that the trial courts amendment of the armed robbery indictment divested the court of jurisdiction.  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Wares appeal and grant counsels motion to be relieved.[1]
APPEAL DISMISSED.
STILWELL, SHORT, and WILLIAMS, JJ., concur.

[1]  We decide this case without oral argument pursuant to Rule 215, SCACR.